1 | Gina Fazio, Esq. #225178
  | Law Offices of Jeffrey Milam
2 | P.O. Box 26360
  | Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

PATRICIA VARGAS              )
                             )   1:05-CV-945 AWI DLB
                             )
     Plaintiff,              )   STIPULATION AND ORDER
                             )
vs.                          )
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social       )
Security,                    )
                             )
     Defendant.              )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an extension of time, until May 9, 2006, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, July 25, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated: April 13, 2006                  /s/ Gina Fazio

2 |                                                 GINA FAZIO,
3 |                                                 Attorney for Plaintiff.

Dated: _____

MCGREGOR SCOTT
United States Attorney

By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    April 21, 2006**                           **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE