1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| PATRICIA VARGAS, | ) | |
|---|---|---|
| | ) | 1:05-CV-945 AWI DLB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 19, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 22, 2006         /s/ Gina Fazio

                            GINA FAZIO, ESQ.
                            Attorney for Plaintiff

Dated: May 26, 2006

                            MCGREGOR SCOTT
                            United States Attorney

                            By: /s/ Kimberly A. Gaab
                            (as authorized via facsimile)
                            KIMBERLY A. GAAB
                            Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   June 12, 2006                 /s/ Dennis L. Beck
3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE